# LAWSON & WEITZEN, LLP

ATTORNEYS AT LAW

88 BLACK FALCON AVENUE, SUITE 345
BOSTON, MASSACHUSETTS 02210-2414

FILED
IN CLERKS OFFICE

2005 JAN -6  P

U.S. DISTRICT COURT
DISTRICT OF MASS

**BOSTON**
TELEPHONE (617) 439-4990
TELECOPIER (617) 439-3987
EMAIL: POST@LAWSON-WEITZEN.COM
WWW.LAWSON-WEITZEN.COM

**CAPE COD**
LAWSON, WEITZEN & BANKERT, LLP
SIX GRANITE STATE COURT
BREWSTER, MASSACHUSETTS 02631
TELEPHONE (508) 255-3600

| | |
|---|---|
| EVAN T. LAWSON | NATALIE A. KANELLIS † |
| RICHARD B. WEITZEN * | PATRICIA L. FARNSWORTH |
| PAMELA B. BANKERT | K. SCOTT GRIGGS |
| FRANK L. BRIDGES | MICHAEL J. McDEVITT |
| IRA H. ZALEZNIK | STEVEN M. BUCKLEY |
| JOHN J. WELTMAN *** | SONIA K. GUTERMAN, Ph.D. |
| VALERIE L. PAWSON | J. MARK DICKISON ** |
| GEORGE F. HAILER † | CLARE B. BURHOE |
| GEORGE E. CHRISTODOULO, PC | ROBERT J. ROUGHSEDGE +++ |
| KENNETH B. GOULD | CAROLINE A. O'CONNELL * |
| JOSEPH FRIEDMAN | MARISSA A. GOLDBERG |
| JOHN A. TENNARO | MICHAEL WILLIAMS |
| WILLIAM F. COYNE, JR. | KATHRYN E. PIECZARKA |
| DAVID A. RICH * | DEAN J. HUTCHISON |
| DENNIS J. MANESIS ++ | SCOTT T. BUCKLEY |
| | CHRISTOPHER S. FARNSWORTH |

January 5, 2005

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Clerk for the Miscellaneous Business Docket
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

> **Re:** *Keaney v. Eastern Computer Exchange, Inc., et al.*
> **1:04-mc-10313 (RGS)**

Dear Sir or Madam:

In the above-referenced case, plaintiff filed a Motion to Quash, which was granted by Judge Sterns pending a ruling in the District of Connecticut. This letter is to notify you that the District of Connecticut has ruled and granted plaintiff's Motion for a Protective Order. See enclosed, page 2. As a result, this action can be closed.

Please contact me if you have any questions.

Very Truly Yours,

Kathryn E. Pieczarka

Enc.
cc:    Ann Grunbeck Monaghan, Esq.
       Jeffrey S. Beeler, Esq.

* ALSO ADMITTED IN NY
** ALSO ADMITTED IN NH
*** ALSO ADMITTED IN CA
† ALSO ADMITTED IN DC
†† ALSO ADMITTED IN NJ & PA
+++ ALSO ADMITTED IN RI, CT, NH & ME
† ALSO ADMITTED IN NH & NY